**Electronically Filed
Supreme Court
SCWC-30635
30-AUG-2011
10:00 AM**

NO. SCWC-30635

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. TIERNEY, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30635; S.P.P. NO. 10-1-0018, CR. NO. 08-1-0869)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Petitioner-Appellant Michael C. Tierney's application for writ of certiorari, filed on July 19, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 30, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Michael C. Tierney,
petitioner/petitioner-
appellant *pro se*, on
the application

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.